UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESIREE JOHNSON,

                Plaintiff,

-against-

CYRUS VANCE JR.; WILLIAM PELHAM BARR,

                Defendants.

25-cv-5093 (LLS)

CIVIL JUDGMENT

For the reasons stated in the September 16, 2025, order, the complaint, filed IFP under 28 U.S.C. § 1915(a), is dismissed as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 18, 2025
            New York, New York

                                          /s/ Louis L. Stanton
                                              LOUIS L. STANTON
                                         United States District Judge